IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TESSA BRISHER, | § § | Civil Action No. 3:13-CV-00314 |
| Plaintiff, | § § | |
| vs. | § § | |
| HOME DEPOT, U.S.A, INC., | § § § | |
| Defendant. | § § | |

### O R D E R

On June **20**, 2014 the Parties filed their "Fed.R.Civ.P. 41(a)(1)(A)(ii) voluntary Dismissal With Prejudice".

It is therefore, **ORDERED** that Plaintiff's claims are dismissed with prejudice.

**DONE** at Galveston, Texas, this **20th** day of June, 2014

Gregg Costa
United States District Judge